OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Benjamin J. Barr, Bar No. 040376
Assistant City Attorney
*Attorneys for Defendant City of Phoenix*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Little Joe Lageman, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Police Department; Adrian Nicolas Ortiz Samagiego and Jane Doe Samaniego, a married couple; Diego Santana and Jane Doe Santana, a married couple; Officer Rodriguez #10345 and jane Doe Rodriguez, a married couple; and John and Jane Does I-X,<br><br>    Defendants. | Case No. _____<br><br>**NOTICE OF FILING OF REMOVAL**<br><br>*(Maricopa County Case No. CV2026-004816)* |

Defendant, City of Phoenix, through undersigned counsel, and pursuant to 28 U.S.C. §§ 1441(a) and 1446 and LRCiv 3.7, hereby notice the removal of the above referenced action, and in support of removal asserts the following:

1.    Defendants City of Phoenix is named as a defendant in this action, which was commenced in the Superior Court of the State of Arizona in and for the County of Maricopa on or about February 3, 2026, under the caption *Little Joe Lageman, vs. City of Phoenix, et al.,*

1

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

*Civil Action No. CV2025-004816.* Copies of the Complaint and all other documents previously filed in this matter are attached as **Exhibit A**.

2.      The first date upon which the City of Phoenix received a copy of the Complaint was *March 27, 2026,* when a copy was delivered to the City Clerk's Office.

3.      Plaintiff Little Joe Lageman has asserted claims of violation of Fourth and Fourteenth Amendment rights. Thus, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331 and the action is removable to this Court pursuant to 28 U.S.C. §1441 because the Complaint arises under the Constitution and laws of the United States.

4.      This Notice of Removal is being filed within 30 days after service of the Complaint and is therefore timely under 28 U.S.C. § 1446(b).

5.      A Notice of Filing of Notice of Removal has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendant City of Phoenix. A true and correct copy of the Notice is attached as **Exhibit B**.

6.      A Civil Cover Sheet and Supplemental Cover Sheet are also attached.

WHEREFORE, Defendant City of Phoenix respectfully requests that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

RESPECTFULLY SUBMITTED this 22nd day of April, 2026.

JULIE M. KRIEGH, City Attorney

By  *s/ Benjamin J. Barr*
    Benjamin J. Barr
    Assistant City Attorney
    *Attorneys for Defendant City of Phoenix*

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent by email to the following, who is a participant of the CM/ECF System:

MILLS + WOODS LAW, PLLC
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By:  *s/ M. Elena Sandoval*

4907-2391-5167, v. 1

3