UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s):    **Little Joe Lageman;**

**Defendant**(s): **City of Phoenix ; Diego Santana, Police Officer ; Officer Rodriguez # 10345, Police Officer ; Adrian Nicolas Ortiz Samaniego, Police Officer;**

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Sean A. Woods ,**
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
480.999.5169

**Robert T. Mills,**
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ   85014
480.999.5169

Defendant's Atty(s):

**Benjamin J. Barr, Assistant City Attorney**
Office of the Phoenix City Attorney
200 W. Washington Street, Suite 1300
Phoenix, AZ  85003
602.262.6761

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2026-004816**

II. Basis of Jurisdiction:

**3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties(**Diversity Cases Only**)

Plaintiff:-

**1 Citizen of This State**

Defendant:-

**1 Citizen of This State**

IV. Origin :

**2. Removed From State Court**

V. Nature of Suit:

**440 Other Civil Rights**

VI.Cause of Action:

**42 U.S.C. § 1983, 4th and 14th**

VII. Requested in Complaint

Class Action:

**No**

Dollar Demand:

Jury Demand:

**Yes**

VIII. This case **is not related** to another case.

**Signature:** /s/ Benjamin J. Barr

**Date:** 04/22/2026

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014