OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Benjamin J. Barr Bar No. 040376
Assistant City Attorney
*Attorneys for Defendant City of Phoenix*

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Little Joe Lageman, an individual, | Case No. 2:26-cv-02779-ROS-ASB |
| Plaintiff, | |
| v. | **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CITY OF PHOENIX TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Police Department; Adrian Nicolas Ortiz Samaniego and Jane Doe Samaniego, a married couple; Diego Santana and Jane Doe Santana, a married couple; Officer Rodriguez #10345 and Jane Doe Rodriguez, a married couple; and John and Jane Does I-X, | **(First Request)** |
| Defendants. | |

Plaintiff and Defendant City of Phoenix, through their respective undersigned counsels, and pursuant to LRCiv. 7.3, move and stipulate to an extension up to and including June 26, 2026, for Defendant City of Phoenix to respond to Plaintiff's First Amended Complaint. An extension to June 26, 2026, is necessary because Defendant City of Phoenix needs time to gather additional documents and information in order to fully and accurately respond to the First Amended Complaint. No prejudice to Plaintiff, or the Court will result from this

1

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

requested extension. Defendant City of Phoenix has not previously requested an extension to respond to Plaintiff's First Amended Complaint.

For the foregoing reasons, the parties request an extension for Defendant City of Phoenix to respond to Plaintiff's First Amended Complaint up to and including June 26, 2026. A Proposed Order is provided herewith pursuant to LRCiv 7.1(b)(2).

RESPECTFULLY SUBMITTED this 24th day of April, 2026.

JULIE M. KRIEGH, City Attorney

By  s/ Benjamin J. Barr
    Benjamin J. Barr
    Assistant City Attorney
    *Attorneys for Defendant City of Phoenix*

**MILLS + WOODS LAW, PLLC**

By s/ Sean Woods (w/permission)
    Sean Woods
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent by email to the following, who is a participant of the CM/ECF System:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By:  s/ M. Elena Sandoval

4917-3345-7317, v. 1

2