OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Little Joe Lageman, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Police Department; Adrian Nicolas Ortiz Samaniego and Jane Doe Samaniego, a married couple; Diego Santana and Jane Doe Santana, a married couple; Officer Rodriguez #10345 and Jane Doe Rodriguez, a married couple; and John and Jane Does I-X,<br><br>      Defendants. | Case No. 2:26-cv-02779-ROS-ASB<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation and good cause appearing,

IT IS ORDERED that Defendant City of Phoenix shall have up to and including **June 26, 2026**, to file its Response to Plaintiff's First Amended Complaint.

IT IS FURTHER ORDERED that this extension is granted pursuant to LRCiv 7.3. The Court finds that no prejudice to Plaintiff or the Court results from this extension, and that Defendant City of Phoenix has not previously requested an extension of this deadline.

4900-2815-2997, v. 1

1