# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Little Joe Lageman,<br><br>        Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>        Defendants. | No. CV-26-02779-PHX-ROS (ASB)<br><br>**ORDER** |

Before the Court is Plaintiff and Defendant City of Phoenix's Stipulated Motion for Extension of Time (Doc. 3). Good cause appearing, the Stipulation will be granted.

**IT IS ORDERED** the Stipulated Motion for Extension of Time (Doc. 3) is **GRANTED.** Defendant City of Phoenix shall answer or otherwise respond to Plaintiff's First Amended Complaint (Doc. 1-3) no later than **June 26, 2026**.

Dated this 24th day of April, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge