JL

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Little Joe Lageman, | No.   CV-26-02779-PHX-ROS (ASB) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Phoenix, et al., | |
| Defendants. | |

**I.      Procedural History**

On February 3, 2026, Plaintiff Little Joe Lageman, who is represented by counsel, filed a Complaint in the Superior Court of Maricopa County, Arizona, against the City of Phoenix, Michael Sullivan, Nicholas Ortiz Samaniego, Diego Santana, Officer Rodriguez, and John and Jane Does I-X.  On March 5, 2026, Plaintiff filed a First Amended Complaint against the same Defendants.  Defendant City of Phoenix was served on March 27, 2026.  On April 22, 2026, Defendant City of Phoenix filed a Notice of Removal and removed the case to this Court.  Om April 24, 2026, Defendant City of Phoenix filed a Stipulated Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, which the Court granted the same day.

**II.     Removal**

A state court defendant may remove to federal court any civil action brought in the state court over which the federal district courts would have original jurisdiction.  28 U.S.C. § 1441(a).  In his First Amended Complaint, Plaintiff alleges, among other things, that

TERMPSREF

Defendants violated his Fourth and Fourteenth Amendment rights.  This Court's jurisdiction extends to such claims.  *See* 28 U.S.C. § 1331 (a federal court has original jurisdiction "of all civil actions arising under the Constitution, laws, or treaties of the United States").  The Notice of Removal was filed within 30 days of Defendant City of Phoenix being served, and no other Defendants have been served.  It therefore appears this case was timely and properly removed.

**IT IS ORDERED:**

(1)   Defendant City of Phoenix must answer the First Amended Complaint or otherwise respond by appropriate motion no later than **June 26, 2026**.

(2)   **Unserved Defendants**:

(a)   Plaintiff must either serve each remaining unserved Defendant or seek a waiver of service for each Defendant.

(b)   If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and First Amended Complaint on a Defendant within 90 days of the filing of the Notice of Removal or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served.  Fed. R. Civ. P. 4(m).

(c)   Defendants must answer the First Amended Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

(3)   Any answer or response must state the specific Defendant by name on whose behalf it is filed.  The Court may strike any answer, response, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed.

(4)   This matter is referred to Magistrate Judge Alison S. Bachus pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1).

TERMPSREF

(5)     This matter is **assigned to the standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure.

Dated this 28th day of April, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge

TERMPSREF