OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Benjamin J. Barr Bar No. 040376
Assistant City Attorney
Vanessa M. Tucker, State Bar No. 024455
Assistant City Attorney
*Attorneys for Defendants City of Phoenix, Diego Santana
and Adrian Nicolas Ortiz Samaniego*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Little Joe Lageman,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | Case No. 2:26-cv-02779-ROS-ASB<br><br>**DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*(Assigned to the Honorable Roslyn O. Silver and the Honorable Alison S. Bachus, U.S. Magistrate Judge)* |

Pursuant to LRCiv 7.2(e), Defendants, City of Phoenix, Phoenix Police Officer Diego Santana and Phoenix Police Officer Adrian Nicolas Ortiz Samaniego ("Defendants"), through undersigned counsel, move for leave of Court to exceed the seventeen (17) page limitation for motions by two (2) pages for their Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

These additional pages are necessary because these three different defendants are addressing Plaintiff Little Joe Lageman's ("Plaintiff") nine (9) different claims against them. Despite the efforts of counsel to be as concise as possible, Defendants are unable to address all the various aspects of Plaintiff's claims against them without exceeding the page limitation applicable to motions to dismiss. Therefore, Defendants respectfully request that this Court

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

allow them to exceed the page limitation for their Motion to Dismiss by two (2) pages, and that their Motion may be 19 pages of text in length (exclusive of caption, signatures and certificates).

The proposed Motion is lodged concurrently herewith and a proposed Order permitting the Motion to Dismiss to exceed the page limitation is attached pursuant to LRCiv. 7.1(b)(2).

RESPECTFULLY SUBMITTED this 26th day of June, 2026.

JULIE M. KRIEGH, City Attorney

By  *s/  Vanessa M. Tucker*
    Benjamin J. Barr
    Assistant City Attorney
    Vanessa M. Tucker
    Assistant City Attorney
    *Attorneys for Defendants City of Phoenix, Diego Santana and Adrian Nicolas Ortiz Samaniego*
,

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent by email to the following, who is a participant of the CM/ECF System:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By:  *s/M. Elena Sandoval*

4926-0602-4878, v. 2

2