OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Little Joe Lageman,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | Case No. 2:26-cv-02779-ROS-ASB<br><br><br>**ORDER** |

The Court, having reviewed Defendants' Motion to Exceed Page Limit for their Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, and good cause appearing,

IT IS ORDERED granting Defendants' Motion.

IT IS FURTHER ORDERED that Defendants may file a Motion to Dismiss not to exceed nineteen (19) pages of text, exclusive of the caption, signature blocks, and certificates, pursuant to LRCiv 7.2(e).

4919-3597-4070, v. 1

1