OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Benjamin J. Barr Bar No. 040376
Assistant City Attorney
Vanessa M. Tucker, State Bar No. 024455
*Attorneys for Defendants City of Phoenix, Officer Ortiz Samaniego*
*and Officer* Santana

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Little Joe Lageman,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>Defendants. | Case No. 2:26-cv-02779-ROS-ASB<br><br>**MOTION TO FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*(Assigned to the Honorable Roslyn O. Silver and the Honorable Alison S. Bachus, U.S. Magistrate Judge)* |
|---|---|

Pursuant to Federal Rule of Civil Procedure 5.2(d), Defendants City of Phoenix Police Officers Adrian Nicolas Ortiz Samaniego and Diego Santana, and the City of Phoenix (collectively "Defendants"), through undersigned counsel, request that the Court grant them leave to file the following Exhibits to their Defendants' Motion to Dismiss Plaintiff's First Amended Complaint non-electronically:

**Exhibit A:** Body Worn Camera Video of Officer Diego Santana

**Exhibit B:** Body Worn Camera Video of Officer Adrian Samaniego

**Exhibit C:** Body Worn Camera Video 2 of Officer Diego Santana

**Exhibit D:** Body Worn Camera Video of Officer Keith Johnson

**Exhibit E:** Body Worn Camera Video 2 of Officer Adrian Samaniego

1

These Non-Electronic Exhibits consist of video footage from the Officers' body worn cameras.

A proposed order is attached pursuant to Local Rule of Civil Procedure 7.1(b)(2).

RESPECTFULLY SUBMITTED this 26th day of June, 2026.

JULIE M. KRIEGH, City Attorney

By s/ *Vanessa M. Tucker*
Benjamin J. Barr
Assistant City Attorney
Vanessa M. Tucker
Assistant City Attorney
*Attorneys for Defendants City of Phoenix, Officer Ortiz Samaniego and Officer* Santana

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent by email to the following, who is a participant of the CM/ECF System:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By: *s/ M. Elena Sandoval*

4936-1576-0816, v. 2

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

2