OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Little Joe Lageman,<br><br>        Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>        Defendants. | Case No. 2:26-cv-02779-ROS-ASB<br><br>**ORDER GRANTING LEAVE TO FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The Court, having reviewed Defendants' Motion for Leave to File Non-Electronic Exhibits in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, and good cause appearing,

IT IS ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that Defendants are permitted to file the following Exhibits in non-electronic format pursuant to Federal Rule of Civil Procedure 5.2(d):

**Exhibit A:** Body Worn Camera Video of Officer Diego Santana

**Exhibit B:** Body Worn Camera Video of Officer Adrian Samaniego

**Exhibit C:** Body Worn Camera Video 2 of Officer Diego Santana

**Exhibit D:** Body Worn Camera Video of Officer Keith Johnson

**Exhibit E:** Body Worn Camera Video 2 of Officer Adrian Samaniego

The Clerk of Court is directed to accept these Exhibits in non-electronic form and maintain them as part of the record in this matter.

4938-6731-9990, v. 1

1