# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Little Joe Lageman, | No. CV-26-02779-PHX-ROS (ASB) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pending before the Court and ripe for disposition are:  (1) Defendants' Motion to Exceed Page Limit for Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 9); (2) Defendants' Motion for Leave to File Non-Electronic Exhibits in support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 10); and (3) the parties' Stipulation of Time to File Response to Motion to Dismiss (Doc. 13). Good cause appearing as to all three filings, both Motions and the Stipulation will be granted.

**IT IS THEREFORE ORDERED granting** Defendants' Motion to Exceed Page Limit for Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 9). Defendants' Motion to Dismiss (Doc. 8) is considered within the page limit.

**IT IS FURTHER ORDERED granting** Defendants' Motion for Leave to File Non-Electronic Exhibits in support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 10).  Exhibits A through E as cited in Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 8) shall be filed non-electronically

with the Clerk of Court forthwith.

**IT IS FURTHER ORDERED granting** the parties' Stipulation of Time to File Response to Motion to Dismiss (Doc. 13).  Plaintiff's Response to Defendants' Motion to Dismiss (Doc. 8) shall be filed no later than **July 17, 2026.**

Dated this 13th day of July, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge

- 2 -