OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Benjamin J. Barr Bar No. 040376
Assistant City Attorney
Vanessa M. Tucker, State Bar No. 024455
*Attorneys for Defendants City of Phoenix, Officer Ortiz Samaniego and Officer* Santana

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Little Joe Lageman,<br><br>        Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>        Defendants. | Case No. 2:26-cv-02779-ROS-ASB<br><br>**NOTICE OF FILING NON-ELECTRONIC EXHIBITS IN SUPPORT OF MOTION TO DISMISS (DOC. 13)**<br><br>*(Assigned to the Honorable Roslyn O. Silver and the Honorable Alison S. Bachus, U.S. Magistrate Judge)* |

Defendants City of Phoenix, Officer Ortiz Samaniego and Officer Santana hereby give notice that pursuant to the Court's Order (Doc. 14) granting leave to file non-electronic exhibits, the following Non-Electronic Exhibits are being lodged and filed with the Clerk of the Court. Additional copies of the non-electronic exhibits were also delivered to the appropriate judicial chambers. The index of exhibits is filed concurrently with this notice as **Attachment A**.

…

…

…

…

1

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

RESPECTFULLY SUBMITTED this 13th day of July, 2026.

JULIE M. KRIEGH, City Attorney

By *s/ Benjamin J. Barr*
   Benjamin J. Barr
   Vanessa M. Tucker
   Assistant City Attorneys
   *Attorneys for Defendants City of Phoenix, Officer Ortiz Samaniego and Officer Santana*

### CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent by email to the following, who is a participant of the CM/ECF System:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By:  *s/ M. Elena Sandoval*

4905-6961-1959, v. 2

2