## ATTACHMENT A

## INDEX OF NON-ELECTRONIC EXHIBITS

The Non-Electronic Exhibits filed are as follows:

- **Exhibit A:** Body-Worn Camera Video of Officer Diego Santana
- **Exhibit B:** Body-Worn Camera Video of Officer Adrian Samaniego
- **Exhibit C:** Body-Worn Camera Video 2 of Officer Diego Santana
- **Exhibit D:** Body-Worn Camera Video of Officer Keith Johnson
- **Exhibit E:** Body-Worn Camera Video 2 of Officer Adrian Samaniego

4905-6961-1959, v. 2

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761