OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Benjamin J. Barr Bar No. 040376
Assistant City Attorney
Vanessa M. Tucker, State Bar No. 024455
*Attorneys for Defendants City of Phoenix, Officer Ortiz Samaniego
and Officer* Santana

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Little Joe Lageman,<br><br>        Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>        Defendants. | Case No. 2:26-cv-02779-ROS-ASB<br><br>**DEFENDANTS' NOTICE OF SERVICE OF NON-ELECTRONIC EXHIBITS IN SUPPORT OF THEIR MOTION TO DISMISS (DOC. 13) TO PLAINTIFF**<br><br>*(Assigned to the Honorable Roslyn O. Silver and the Honorable Alison S. Bachus, U.S. Magistrate Judge)* |

    Defendants City of Phoenix, Officer Ortiz Samaniego and Officer Santana hereby give notice that on or about *Friday, July 10, 2026,* they served their non-electronic exhibits (A—E) in support of their Motion to Dismiss (Doc. 13) upon Plaintiff via electronic link.

    RESPECTFULLY SUBMITTED this 13th day of July, 2026.

                    JULIE M. KRIEGH, City Attorney

                    By *s/ Benjamin J. Barr*
                        Benjamin J. Barr
                        Vanessa M. Tucker
                        Assistant City Attorneys
                        *Attorneys for Defendants City of Phoenix, Officer Ortiz Samaniego and Officer* Santana

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent by email to the following, who is a participant of the CM/ECF System:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By: *s/ M. Elena Sandoval*
    4896-2759-0845, v. 1

2