Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Little Joe Lageman, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Adrian Nicolas Ortiz Samaniego and Jane Doe Samaniego, a married couple; Diego Santana and Jane Doe Santana, a married couple; Officer Rodriguez # 10345 and Jane Doe Rodriguez, a married couple; and, John and Jane Does I-X,<br><br>Defendants. | No.: CV-26-02779-PHX-ROS (ASB)<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>(Second Request)<br><br>(Assigned to the Honorable Roslyn O. Silver, and referred for all pretrial proceedings to the Honorable Alison S. Bachus) |

Through counsel undersigned and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiff Little Joe Lageman ("Plaintiff") and Defendants City of Phoenix, Adrian Nicolas Ortiz Samaniego, and Diego Santana (collectively, "Defendants") hereby stipulate, agree, and respectfully request, that the time within which Plaintiff may file his Response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, ECF No. 8, be extended by one more week, as set forth below and in the [Proposed] Order attached hereto.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

Good cause exists for this extension, as Plaintiff's counsel was out of the office for a significant amount of time this week dealing with a serious family medical issue. As a result, Plaintiff and Defendants hereby stipulate and respectfully request that the time for Plaintiff to file his Response to ECF No. 8 be extended until no later than July 24, 2026.

**RESPECTFULLY SUBMITTED** this 17th day of July 2026.

MILLS + WOODS LAW, PLLC

By     */s/ Sean A. Woods*
          Robert T. Mills
          Sean A. Woods
          5055 North 12th Street, Suite 101
          Phoenix, AZ 85014
          *Attorneys for Plaintiff*

OFFICE OF THE CITY ATTORNEY

By     */s/ Vanessa M. Tucker (w/ permission)*
          Benjamin J. Barr
          Vanessa M. Tucker
          200 W Washington, Ste. 1300
          Phoenix, AZ 85003-1611
          *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Benjamin J. Barr
benjamin.barr@phoenix.gov
tanika.sherman@phoenix.gov
Vanessa M. Tucker
vanessa.tucker@phoenix.gov
maria.sandoval@phoenix.gov

**OFFICE OF THE CITY ATTORNEY**
**JULIE M. KRIEGH**
law.civil.minute.entries@phoenix.gov
 200 W Washington, Ste. 1300
Phoenix, AZ 85003-1611
(602) 262-6761
*Attorneys for Defendants City of Phoenix, Officer Ortiz Samaniego and Officer Santana*


        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3