# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Little Joe Lageman, | No. CV-26-02779-PHX-ROS (ASB) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court is in receipt of the Stipulation for Extension of Time to File Response to Motion to Dismiss, filed July 17, 2026 (Doc. 17). The parties seek to extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint until July 24, 2026.

Good cause appearing, the Court will grant the relief requested.

**IT IS THEREFORE ORDERED granting** the Stipulation for Extension of Time to File Response to Motion to Dismiss, filed July 17, 2026 (Doc. 17).

**IT IS FURTHER ORDERED** that Plaintiff shall respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint no later than **July 24, 2026**.

Dated this 20th day of July, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge