Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Little Joe Lageman, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Adrian Nicolas Ortiz Samaniego and Jane Doe Samaniego, a married couple; Diego Santana and Jane Doe Santana, a married couple; Officer Rodriguez # 10345 and Jane Doe Rodriguez, a married couple; and, John and Jane Does I-X,<br><br>Defendants. | No.: CV-26-02779-PHX-ROS (ASB)<br><br>**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATIONS FOR RESPONSE TO MOTION TO DISMISS**<br><br>(Assigned to the Honorable Roslyn O. Silver, and referred for all pretrial proceedings to the Honorable Alison S. Bachus) |

Through undersigned counsel and pursuant to Rule 7.2(e)(1) of the Local Rules of Civil Procedure, Plaintiff Little Joe Lageman ("Plaintiff") hereby respectfully requests that the Court permit his Response in Opposition ("Plaintiff's Response") to "Defendants' Motion to Dismiss Plaintiff's First Amended Complaint," ECF No. 8 ("Defendants' Motion"), to exceed the seventeen (17) page limitation for responses set forth in that Rule, in accordance with the [Proposed] Order attached hereto, by a little over two pages.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

Good cause exists for such relief.  Given that Defendants' Motion relies extensively on short, carefully selected, out-of-context clips from officer bodycam footage, to defend his position Plaintiff must discuss and analyze much larger selections of that footage, to reveal the full and wider context of the interactions at issue.  Doing so required extending the factual discussion of Plaintiff's Response beyond what is usually required and creating a detailed timeline in order to provide the Court with an appropriate view and analysis of that full and wider context. Moreover, Defendants were permitted to file their Motion in excess of the page limitations, thus equity and fairness demand Plaintiff be allowed to respond in kind.

Accordingly, Plaintiff respectfully requests that his Response, which as filed consists of a little over nineteen pages from caption to signature line, be permitted to exceed the seventeen (17) page limitation of Local Rule 7.2(e)(1), and thus to be deemed properly filed under the Rules.

**RESPECTFULLY SUBMITTED** this 24th day of July 2026.

**MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Benjamin J. Barr
benjamin.barr@phoenix.gov
tanika.sherman@phoenix.gov
Vanessa M. Tucker
vanessa.tucker@phoenix.gov
maria.sandoval@phoenix.gov
**OFFICE OF THE CITY ATTORNEY**
**JULIE M. KRIEGH**
law.civil.minute.entries@phoenix.gov
 200 W Washington, Ste. 1300
Phoenix, AZ 85003-1611
(602) 262-6761
*Attorneys for Defendants City of Phoenix, Officer Ortiz Samaniego and Officer Santana*


        /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556