MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Little Joe Lageman, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Adrian Nicolas Ortiz Samaniego and Jane Doe Samaniego, a married couple; Diego Santana and Jane Doe Santana, a married couple; Officer Rodriguez # 10345 and Jane Doe Rodriguez, a married couple; and, John and Jane Does I-X,<br><br>Defendants. | No.: CV-26-02779-PHX-ROS (ASB)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMITATIONS**<br><br>(Assigned to the Honorable Roslyn O. Silver, and referred for all pretrial proceedings to the Honorable Alison S. Bachus) |

THE COURT, having reviewed "Plaintiff's Motion to Exceed Page Limitations for Response to Motion to Dismiss" (the "Motion to Exceed"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Motion to Exceed.

**IT IS FURTHER ORDERED** permitting Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (ECF No. 8), and deeming it properly filed, under Local Rule of Procedure 7.2(e)(1).