Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Little Joe Lageman, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Adrian Nicolas Ortiz Samaniego and Jane Doe Samaniego, a married couple; Diego Santana and Jane Doe Santana, a married couple; Officer Rodriguez # 10345 and Jane Doe Rodriguez, a married couple; and, John and Jane Does I-X,<br><br>Defendants. | No.: CV-26-02779-PHX-ROS (ASB)<br><br>**MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Assigned to the Honorable Roslyn O. Silver, and referred for all pretrial proceedings to the Honorable Alison S. Bachus) |

Pursuant to Federal Rule of Civil Procedure 5.2(d), Plaintiff Little Joe Lageman, through undersigned counsel, request that the Court grant leave to file the following Exhibits to his Response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (the "Response") non-electronically:

EX. A - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_1952_X60AY2565.mp4"

EX. B - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_1952_X60320937.mp4"

EX. C - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_2004_X60AY2565.mp4"

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

EX. D - (Extraction_1.2)_Axon_Body_3_Video_2024-03-29_2003_X60326671.mp4"

EX. E - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_2026_X60AY2565.mp4

EX. F - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_2026_X60320937.mp4

EX. G - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_1955_X60AE123U.mp4"

These Non-Electronic Exhibits consist of video footage from the Officers' body worn cameras.

Plaintiff also attaches hereto the electronic Exhibits to the Response (Exhibits H-K) that were inadvertently not attached to the Response as filed.

A proposed order is attached pursuant to Local Rule of Civil Procedure 7.1(b)(2).

**RESPECTFULLY SUBMITTED** this 24th day of July 2026.

**MILLS + WOODS LAW, PLLC**

By     */s/ Sean A. Woods*
        Robert T. Mills
        Sean A. Woods
        5055 North 12th Street, Suite 101
        Phoenix, AZ 85014
        *Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Benjamin J. Barr
benjamin.barr@phoenix.gov
tanika.sherman@phoenix.gov
Vanessa M. Tucker
vanessa.tucker@phoenix.gov
maria.sandoval@phoenix.gov
**OFFICE OF THE CITY ATTORNEY**
**JULIE M. KRIEGH**
law.civil.minute.entries@phoenix.gov
 200 W Washington, Ste. 1300
Phoenix, AZ 85003-1611
(602) 262-6761
*Attorneys for Defendants City of Phoenix, Officer Ortiz Samaniego and Officer Santana*


        /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3