MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Little Joe Lageman, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Adrian Nicolas Ortiz Samaniego and Jane Doe Samaniego, a married couple; Diego Santana and Jane Doe Santana, a married couple; Officer Rodriguez # 10345 and Jane Doe Rodriguez, a married couple; and, John and Jane Does I-X,<br><br>Defendants. | No.: CV-26-02779-PHX-ROS (ASB)<br><br>**ORDER GRANTING LEAVE TO FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Assigned to the Honorable Roslyn O. Silver, and referred for all pretrial proceedings to the Honorable Alison S. Bachus) |

The Court, having reviewed Defendants' Motion for Leave to File Non-Electronic Exhibits in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, and good cause appearing,

IT IS ORDERED that the Motion is **GRANTED.**

IT IS FURTHER ORDERED that Plaintiff is permitted to file the following Exhibits in non-electronic format pursuant to Federal Rule of Civil Procedure 5.2(d):

**EX. A** - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_1952_X60AY2565.mp4"

**EX. B** - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_1952_X60320937.mp4"

**EX. C** - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_2004_X60AY2565.mp4"

**EX. D** - (Extraction_1.2)_Axon_Body_3_Video_2024-03-29_2003_X60326671.mp4"

**EX. E** - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_2026_X60AY2565.mp4

**EX. F** - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_2026_X60320937.mp4

**EX. G** - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_1955_X60AE123U.mp4"

The Clerk of Court is directed to accept these Exhibits in non-electronic form and maintain them as part of the record in this matter.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2