# EXHIBIT A - (Extraction_1.1)_Axon_ 03-29_1952_X60AY256

# [TEXT ENTRY ONLY – NON- EXHIBIT]

# EXHIBIT B - (Extraction_1.1)_Axon_I 03-29_1952_X6032093

# [TEXT ENTRY ONLY – NON-EXHIBIT]

# EXHIBIT C - (Extraction_1.1)_Axon_ 03-29_2004_X60AY256

# [TEXT ENTRY ONLY – NON- EXHIBIT]

# EXHIBIT D - (Extraction_1.2)_Axon_03-29_2003_X6032667

## [TEXT ENTRY ONLY – NON-EXHIBIT]

# EXHIBIT E - (Extraction_1.1)_Axon_ 03-29_2026_X60AY256

## [TEXT ENTRY ONLY – NON-EXHIBIT]

# EXHIBIT F - (Extraction_1.1)_Axon_I 03-29_2026_X6032093

## [TEXT ENTRY ONLY – NON- EXHIBIT]

# EXHIBIT G - (Extraction_1.1)_Axon_ 03-29_1955_X6OAE123

## [TEXT ENTRY ONLY – NON- EXHIBIT]