EXHIBIT K

<u>TIMELINE</u> (Exhibits Noted)

Ex. A - 19:52:34 - asks for description of our

Ex. A - 19:52:45 - black shirt

Ex. A - 19:53:05 - Don't have the male out in

Ex. B - 19:53:16 - What does he look like, wha

Ex. B - 19:53:18 - I think like a white shirt,

Ex. B - 19:53:22 - white shirt, you're not su

Ex. B - 19:53:28 - he said don't call the cop

Ex. B - 19:53:36 - So you said Black shirt?

Ex. B - 19:53:40 - Any hoodie?

Ex. B - 19:53:41 - No

Ex. A - 19:54:13 - Santana stops Little Joe.

Ex. A - 19:54:15 - He says "I'm walking bro,

Ex. A - 19:54:20 - face away from me

Ex. A - 19:54:21 - face away from you, why?

Ex. A - 19:54:22 - gun pulled by santana

Ex. A - 19:54:24 - I'm not doing anything

Ex. A - 19:54:26 - officer pulls gun.

Ex. A - 19:54:29 - nods to pocket tells office

Ex. A - 19:54:31 - my hands are up

Ex. A - 19:54:32 - put your hands up

Ex. A - 19:54:33 - they're fucking up!

Ex. A - 19:54:35 - put your hands on your head

Ex. A - 19:54:36 - are you fucking kidding me

Ex. A - 19:54:39 - put your hands on your head

Ex. A - 19:54:44 - I'm not doing nothing

Ex. A - 19:54:46 - put the guns on your head

Ex. A - 19:54:48 - learn how to talk bro

Ex.  A  -  19: 54: 50  -  put  your  hands  on  your  head

Ex.  A  -  19: 54: 51  -  little  joe  puts  his  hands

Ex.  A  -  19: 54: 52  -  tell  me  what  you  want

Ex.  A  -  19: 54: 54  -  I  want  you  to  go  on  your  kn

Ex.  A  -  19: 54: 55  -  why?  I'm  not  doing  nothing

Ex.  A  -  19: 54: 56  -  go  on  your  knees!

Ex.  A  -  19: 54: 57  -  I'm  just  walking  bro

Ex.  A  -  19: 54: 58  -  go  on  your  knees  now!

Ex.  A  -  19: 55: 00  -  we're  investigating  a  crime

Ex.  A  -  19: 55: 02  -  go  on  your  knees  now

Ex.  A  -  19: 55: 05  -  why  do  you  have  your  gun  po

Ex.  A  -  19: 55: 06  -  because  you  have  a  gun

Ex.  A  -  19: 55: 06  -  so  what?

Ex.  A  -  19: 55: 08  -  we  got  a  call  about  a  guy  w

Ex.  A  -  19: 55: 10  -  get  on  your  knees  now



Ex.  A  -  19: 55: 12  -  don't  point  your  gun  at  me

Ex.  A  -  19: 55: 13  -  im  going  to  do  my  job

Ex.  A  -  19: 55: 14  -  and  you're  going  to  stay  sa

Ex. B – 19:55:14 – Samaniego comes up on other

Ex. A – 19:55:17 – my gun's in my pocket you f

Ex. A – 19:55:20 – you feel unsafe, is that wh



Ex. A – 19:55:22 – unsafe, yes

Ex. A – 19:55:24 – my hands are up my hands ar

Ex. A – 19:55:26 – put your gun down don't poi

Ex. A – 19:55:28 – nope nope

Ex. A – 19:55:30 – damn dude cops are crazy

Ex. A – 19:55:31 – gets down on knees

Ex. A – 19:55:33 – that's all I wanted from yo

Ex. A – 19:55:35 – get on your stomach

Ex. A – 19:55:36 – What dude I didn't do shit

Ex. A – 19:55:36 – GET ON YOUR STOMACH, IM DON

Ex. A – 19:55:39 – are you fucking serious?

Ex. A – 19:55:41 – how am I going to get on my

Ex. A – 19:55:44 – slowly put your hands out –

Ex. A – 19:55:49 – you're going to fucking sho

Ex. A – 19:55:50 – if you don't go for your gu

Ex. A – 19:55:54 – Little Joe breathes out hea

Ex. A - 19:55:55 - if you don't go for your gu

Ex. A - 19:55:56 - put your hands on your - pu

Ex. B - 19:55:03 - it's very simple to listen

Ex. A - 19:56:03 - Little Joe, all right all

Ex. A - 19:56:04 - Little Joe breathes out hea

Ex. G - 19:56:07 - Talking to little joe

Ex. A - 19:56:08 - just like a chair

Ex. G - 19:56:10 - Little Joe talking to other

Ex. G - 19:56:11 - Little Joe asks unknown of
interlocked and he is on his knees



Ex. A - 19:56:17 - put your hands on the floor

Ex. A - 19:56:18 - I'm not doing nothing

Ex. G - 19:56:20 - He is semi-compliant

Ex. A - 19:56:20 - why are you guys getting so

Ex. A - 19:56:22 - I want you to be proned out

Ex. A - 19:56:24 - How am I going to get down shoot me

Ex. A - 19:56:28 - put your hands slowly in fr

Ex. B - 19:56:28 - Samaniego says Hey I'm gonn

Ex. 1B:-56:32 - Samaniego turns his back to Lit around shuts his door and calmly walks to the

Ex. A - 19:56:36 - dude that scares the shit c

Ex. A - 19:56:37 - you're not going to get hur

Ex. A - 19:56:38 - Little joe goes prone

Ex. A - 19:56:40 - stay right there stay right

Ex. B - 19:56:42 - Samaniego grabs a pepper ba

Ex. A - 19:56:43 - officers bull rush little j

Ex. A - 19:56:46 - officer puts all his weight little joe says damn dude what the fuck

Ex. A - 19:56:50 - I told you I had a fucking



Ex. B - 19:56:53 - Samaniego



Ex. B – 19:56:55 – Samaniego



Ex. B - 19:56:56 - Samaniego





Ex. B - 19:56:57 - Samaniego



Ex. B - 19:56:58 - Samaniego



Ex. B - 19:56:59 - Samaniego



Ex. B - 19:57:00 - Samaniego



Ex. B - 19:57:01 - Samaniego



19:57:01 - what the fuck dude I fucking told

Ex. B - 19:57:02 - officers try to pull arm s
anyone



Ex. B – 19:57:03 – Samaniego



19:57:03 – I'm not doing nothing

19:57:04 – taser warms up

Ex. B – 19:57:04 – Samaniego



Ex. B – 19:57:05 – Samaniego





Ex. B – 19:56:06 – Samaniego



Ex. B – 19:57:07 – Samaniego successfully hand



Ex. B – 19:57:08 – Samaniego



Ex. B – 19:57:09 – Samaniego



Ex. B – 19:57:10 – Samaniego



Ex. A – 19:57:10 – what the fuck

Ex. A – 19:57:11 – what the fuck dude

Ex. B – 19:57:13



Ex. A - 19:57:15 - goddamn bro, fuck

Ex. A - 19:57:18 - I told you I had a gun

Ex. A - 19:57:20 - why'd you get so scared and

Ex. A - 19:57:22 - I told you I was investigat

Ex. A - 19:57:23 - I don't care  I didn't do r

Ex. A - 19:57:23 - I don't care you don't care

Ex. A - 19:57:31 - you guys broke my fucking t

Ex. A - 19:57:43 - other officer you're a very

Ex. A - 19:57:58 - dude I asked you to grab my

Ex. A - 19:58:04 - I asked you. You're a peace

Ex. A - 19:58:07 - fucking increase the peace

Ex. A - 19:58:16 - fucking slam my head into t

Ex. A - 19:58:19 - listen to us, listen to us

Ex. A - 19:58:30 - dude you asked me a questio

Ex. A - 19:58:32 - and then you got defensive

Ex. C - 20:04:32 - Plaintiff tells EMT his too

Ex. A - 20:05:03-20 - I want a lawyer

Ex. 2D:26:38 - Samaniego says on Santana's cam

Ex. F - 20:26:54 - Samaniego with keys in hand



Ex.  G  –  20:26:57  –  Samaniego I'm gonna see if

Ex.  F  –  20:27:00  –  Samaniego Do you think it

Ex.  F  –  20:27:02  –  Samaniego  OFFICERS TRY KEY

Ex.  F  –  20:28:30  –  Samaniego swabs for the st

Ex.  F  –  20:28:47 – Samaniego video doesn't place him beh know

Ex.  F  –  20:28:50  –  Samaniego say we got DNA a

Ex.  F  –  20:29:08  –  Samaniego tries ignition,