**TIMELINE (Exhibits Noted)**

Ex. A – 19:52:34 – asks for description of our male

Ex. A – 19:52:45 – black shirt

Ex. A – 19:53:05 – Don't have the male out in this area (with the vehicles)

Ex. B – 19:53:16 – What does he look like, what was he wearing?

Ex. B – 19:53:18 – I think like a white shirt, I'm not sure

Ex. B – 19:53:22 – white shirt, you're not sure?

Ex. B – 19:53:28 – he said don't call the cops, it's my mom's truck, it's my mom's truck.

Ex. B – 19:53:36 – So you said Black shirt?

Ex. B – 19:53:40 – Any hoodie?

Ex. B – 19:53:41 – No

Ex. A – 19:54:13 – Santana stops Little Joe. Hands in air immediately

Ex. A – 19:54:15 – He says "I 'm walking bro, I got a gun on me, I'm walking

Ex. A – 19:54:20 – face away from me

Ex. A – 19:54:21 – face away from you, why?

Ex. A – 19:54:22 – gun pulled by santana

Ex. A – 19:54:24 – I'm not doing anything

Ex. A – 19:54:26 – officer pulls gun.

Ex. A – 19:54:29 – nods to pocket tells officer it's right there

Ex. A – 19:54:31 – my hands are up

Ex. A – 19:54:32 – put your hands up

Ex. A – 19:54:33 – they're fucking up!

Ex. A – 19:54:35 – put your hands on your head

Ex. A – 19:54:36 – are you fucking kidding me you said put them up

Ex. A – 19:54:39 – put your hands on your head

Ex. A – 19:54:44 – I'm not doing nothing

Ex. A – 19:54:46 – put the guns on your head

Ex. A – 19:54:48 – learn how to talk bro

Ex. A – 19:54:50 – put your hands on your head now

Ex. A – 19:54:51 – little joe puts his hands on his head

Ex. A – 19:54:52 – tell me what you want

Ex. A – 19:54:54 – I want you to go on your knees

Ex. A – 19:54:55 – why? I'm not doing nothing

Ex. A – 19:54:56 – go on your knees!

Ex. A – 19:54:57 – I'm just walking bro

Ex. A – 19:54:58 – go on your knees now!

Ex. A – 19:55:00 – we're investigating a crime

Ex. A – 19:55:02 – go on your knees now

Ex. A – 19:55:05 – why do you have your gun pointed at me?

Ex. A – 19:55:06 – because you have a gun

Ex. A – 19:55:06 – so what?

Ex. A – 19:55:08 – we got a call about a guy with a gun

Ex. A – 19:55:10 – get on your knees now



Ex. A – 19:55:12 – don't point your gun at me

Ex. A – 19:55:13 – im going to do my job

Ex. A – 19:55:14 – and you're going to stay safe

Ex. B – 19:55:14 – Samaniego comes up on other side of truck and points his gun at little joe

Ex. A – 19:55:17 – my gun's in my pocket you feel unsafe?

Ex. A – 19:55:20 – you feel unsafe, is that what you feel?



Ex. A – 19:55:22 – unsafe, yes

Ex. A – 19:55:24 – my hands are up my hands are locked [shows santana]

Ex. A – 19:55:26 – put your gun down don't point it at me

Ex. A – 19:55:28 – nope nope

Ex. A – 19:55:30 – damn dude cops are crazy

Ex. A – 19:55:31 – gets down on knees

Ex. A – 19:55:33 – that's all I wanted from you

Ex. A – 19:55:35 – get on your stomach

Ex. A – 19:55:36 – What dude I didn't do shit

Ex. A – 19:55:36 – GET ON YOUR STOMACH, IM DONE PLAYING WITH YOU

Ex. A – 19:55:39 – are you fucking serious?

Ex. A – 19:55:41 – how am I going to get on my stomach you want my hands on my head?

Ex. A – 19:55:44 – slowly put your hands out – in a – in a four point position

Ex. A – 19:55:49 – you're going to fucking shoot me right now

Ex. A – 19:55:50 – if you don't go for your gun you're not gonna get shot

Ex. A – 19:55:54 – Little Joe breathes out heavily

Ex. A – 19:55:55 – if you don't go for your gun you're not gonna get shot

Ex. A – 19:55:56 – put your hands on your – put your hands on the floor

Ex. B – 19:56:03 – **Samaniego** says it's very simple to listen that's all you gotta do

Ex. A – 19:56:03 – Little Joe, all right all right

Ex. A – 19:56:04 – Little Joe breathes out heavily

Ex. G - 19:56:07 – Talking to little joe

Ex. A – 19:56:08 – just like a chair

Ex. G – 19:56:10 – Little Joe talking to other officer pointing out his gun

Ex. G – 19:56:11 – Little Joe asks unknown officer to take his gun and shows his hands are interlocked and he is on his knees



Ex. A – 19:56:17 – put your hands on the floor do not reach for the gun

Ex. A – 19:56:18 – I'm not doing nothing

Ex. G- 19:56:20 – He is semi-compliant

Ex. A – 19:56:20 – why are you guys getting scared dude what the fuck

Ex. A – 19:56:22 – I want you to be proned out on your stomach

Ex. A – 19:56:24 – How am I going to get down if I fucking move my hands you're going to shoot me

Ex. A – 19:56:28 – put your hands slowly in front of you

Ex. B – 19:56:28 – Samaniego says Hey I'm gonna get a pepper ball dude he's not listening.

Ex. B – 19:56:32 – Samaniego turns his back to Little Joe and opens his car door, then turns around shuts his door and calmly walks to the back of the vehicle

Ex. A – 19:56:36 – dude that scares the shit out of me

Ex. A – 19:56:37 – you're not going to get hurt if you don't reach for that

Ex. A – 19:56:38 – Little joe goes prone

Ex. A – 19:56:40 – stay right there stay right there

Ex. B – 19:56:42 – Samaniego grabs a pepper ball rifle

Ex. A – 19:56:43 – officers bull rush little joe

Ex. A – 19:56:46 – officer puts all his weight on little joes back and two officers grab his arm; little joe says damn dude what the fuck

Ex. A – 19:56:50 – I told you I had a fucking gun – officer pushing head into driveway floor



Ex. B – 19:56:53 – Samaniego



Ex. B – 19:56:55 – Samaniego



Ex. B – 19:56:56 – Samaniego





Ex. B – 19:56:57 – Samaniego



Ex. B – 19:56:58 – Samaniego



Ex. B – 19:56:59 – Samaniego



Ex. B – 19:57:00 – Samaniego



Ex. B – 19:57:01 – Samaniego



19:57:01 – what the fuck dude I fucking told you

Ex. B – 19:57:02 – officers try to pull arm straight up and back – an impossible movement for anyone



Ex. B – 19:57:03 – Samaniego



19:57:03 – I'm not doing nothing

19:57:04 – taser warms up

Ex. B – 19:57:04 – Samaniego



Ex. B – 19:57:05 – Samaniego





Ex. B – 19:56:06 – Samaniego



Ex. B – 19:57:07 – Samaniego successfully handcuff with no resistance



Ex. B – 19:57:08 – Samaniego



Ex. B – 19:57:09 – Samaniego



Ex. B – 19:57:10 – Samaniego



Ex. A – 19:57:10 – what the fuck

Ex. A – 19:57:11 – what the fuck dude

Ex. B – 19:57:13



Ex. A – 19:57:15 – goddamn bro, fuck

Ex. A – 19:57:18 – I told you I had a gun

Ex. A – 19:57:20 – why'd you get so scared and point a gun at me

Ex. A – 19:57:22 – I told you I was investigating a crime

Ex. A – 19:57:23 – I don't care  I didn't do nothing

Ex. A – 19:57:23 – I don't care you don't care I'm doing my job!

Ex. A – 19:57:31 – you guys broke my fucking tooth bro

Ex. A – 19:57:43 – other officer you're a very bad listener man

Ex. A – 19:57:58 – dude I asked you to grab my gun bro

Ex. A – 19:58:04 – I asked you. You're a peace officer

Ex. A – 19:58:07 – fucking increase the peace not engage it bro

Ex. A – 19:58:16 – fucking slam my head into the floor you broke my fucking tooth

Ex. A – 19:58:19 – listen to us, listen to us

Ex. A – 19:58:30 – dude you asked me a question and I told you straight up I had a gun

Ex. A – 19:58:32 – and then you got defensive

Ex. C – 20:04:32 – Plaintiff tells EMT his tooth is chipped. EMT says he doesn't see it.

Ex. A – 20:05:03-20 – I want a lawyer

Ex. E – 20:26:38 – Samaniego says on Santana's cam lets see if this opens

Ex. F – 20:26:54 – Samaniego with keys in hand:



Ex. G – 20:26:57 – Samaniego I'm gonna see if it opens

Ex. F – 20:27:00 – Samaniego Do you think it opens?

Ex. F – 20:27:02 – Samaniego  OFFICERS TRY KEYS, doesn't open

Ex. F – 20:28:30 – Samaniego swabs for the steering wheel

Ex. F – 20:28:47 – Samaniego even a swab doesn't place him behind the steering wheel; yeah, I know

Ex. F – 20:28:50 – Samaniego say we got DNA and an eyewitness

Ex. F – 20:29:08 – Samaniego tries ignition, NOPE, not the keys