Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Little Joe Lageman, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Adrian Nicolas Ortiz Samaniego and Jane Doe Samaniego, a married couple; Diego Santana and Jane Doe Santana, a married couple; Officer Rodriguez # 10345 and Jane Doe Rodriguez, a married couple; and, John and Jane Does I-X,<br><br>Defendants. | No.: CV-26-02779-PHX-ROS (ASB)<br><br>**PROOF OF SERVICE OF DEFENDANT RODRIGUEZ**<br><br>(Assigned to the Honorable Roslyn O. Silver, and referred for all pretrial proceedings to the Honorable Alison S. Bachus) |

Through undersigned counsel and pursuant to Rule 4(l)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby submits proof of service of the Summons and First Amended Complaint upon Defendant Erik Rodriguez on August 3, 2026, in the form of the Certificate of Service/Declaration of Server attached as "**Exhibit 1**" hereto.

Plaintiff acknowledges that the date of service is after the expiration of the current service deadline (July 21, 2026), and accordingly will shortly be filing a Motion to Extend the deadline to August 3, 2026.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**RESPECTFULLY SUBMITTED** this 4th day of August 2026.

**MILLS + WOODS LAW, PLLC**

By     */s/ Sean A. Woods*
         Robert T. Mills
         Sean A. Woods
         5055 North 12th Street, Suite 101
         Phoenix, AZ 85014
         *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Benjamin J. Barr
benjamin.barr@phoenix.gov
tanika.sherman@phoenix.gov
Vanessa M. Tucker
vanessa.tucker@phoenix.gov
maria.sandoval@phoenix.gov
**OFFICE OF THE CITY ATTORNEY**
**JULIE M. KRIEGH**
law.civil.minute.entries@phoenix.gov
 200 W Washington, Ste. 1300
Phoenix, AZ 85003-1611
(602) 262-6761
*Attorneys for Defendants City of Phoenix, Officer Ortiz Samaniego and Officer Santana*

        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556