# EXHIBIT 1

T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

**UNITED STATES DISTRICT COURT OF ARIZONA**
**MARICOPA COUNTY**

In re the matter of:                         )
                                             )
LITTLE JOE LAGEMAN, et al,                   )
                                             )
        Plaintiff(s),                        )         Case No: 2:26-cv-02779-ROS-ASB
                                             )
v.                                           )         **CERTIFICATE OF SERVICE**
                                             )
CITY OF PHOENIX, et al.,                     )
                                             )
        Defendant(s).                        )
_____      )

1.      I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on July 16, 2026, I received; Summons, Certificate Of Compulsory Arbitration and a Plaintiff's First Amended Complaint from The Plaintiff(s).

2.      I then proceeded to successfully serve the above described documents on **Detective Erik Rodriguez #10345** at 2111 S 99th Ave., Tolleson, Phoenix, AZ on August 3, 2026 at approximately 2:55 pm.

3.      On July 16, 2026 at approximately 3:15 I went to the Precint at 6180 W. Encanto, Maryvale, AZ and discovered it was closed. I called the precint but there was no answer. I did see police vehicles going in and out but they refused to stop as I flagged them down.

4.      On July 17, 2026 I called the Phoenix Police non-emergency number and they gave me an email address for Rodriguez. I then sent an email telling him I needed to serve him, and to call me, but I didn't receive a response.

5. On July 21, 2026 I sent another email letting him know it was his responsibility to respond and accept service but didn't receive a reply.

6. On July 28th, 2026 I happen to check my spam folder and found an email from Rodriguez dated July 21st stating he had to contact his legal department before responding. I sent him an email stating I found his email in spam and he responded saying I could find him at the Estrella Precint at 2111 S. 99th Ave. on Monday, August 3rd at 1500 hours.

7. On August 3, 2026, I asked for Erik at the front desk. When he came up, I verbally identified and served him.

8. This is considered to be personal service.

9. The fee I charged for this service was $180.

I declare under the penalty of perjury that the foregoing is true and correct

Gary Steiner

8/4/26

Date