MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Little Joe Lageman, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Adrian Nicolas Ortiz Samaniego and Jane Doe Samaniego, a married couple; Diego Santana and Jane Doe Santana, a married couple; Officer Rodriguez # 10345 and Jane Doe Rodriguez, a married couple; and, John and Jane Does I-X,<br><br>Defendants. | No.: CV-26-02779-PHX-ROS (ASB)<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR SERVICE OF OFFICER RODRIGUEZ # 10345**<br><br>(Assigned to the Honorable Roslyn O. Silver, and referred for all pretrial proceedings to the Honorable Alison S. Bachus) |

THE COURT, having reviewed "Plaintiff's Motion to Extend Time to Serve Officer Rodriguez" ("Plaintiff's Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting Plaintiff's Motion.

**IT IS FURTHER ORDERED** that the time within which Defendant Officer Rodriguez #10345 may be served with the Summons and First Amended Complaint in this action is extended until up to and including August 3, 2026.