# EXHIBIT 1

Case 2:26-cv-02779-ROS-ASB    Document 25-2    Filed 08/05/26    Page 2 of 12



**Ben Dangerfield <bdangerfield@millsandwoods.com>**

## RE: Lageman v. City of Phoenix, et al.

**Vanessa M Tucker** <Vanessa.Tucker@phoenix.gov>                    Wed, Apr 29, 2026 at 8:33 AM
To: Ben Dangerfield <bdangerfield@millsandwoods.com>, Maria E Sandoval <maria.sandoval@phoenix.gov>
Cc: Sean Woods <swoods@millsandwoods.com>, Benjamin J Barr <Benjamin.Barr@phoenix.gov>, Tanika D Sherman
<Tanika.Sherman@phoenix.gov>, Lisa M Danczewski <lisa.danczewski@phoenix.gov>

Good morning Sean and Ben D.:

I wanted to circle back with you on your request.   We have been authorized to accept service on behalf of Diego
Santana.  We have <u>not</u> been authorized to accept service on behalf of Erik Rodriguez.  I am waiting to hear back from
Officer Samaniego. I will update you once I have more information with respect to him.

With respect to Michael Sullivan, he is no longer the Chief of Police nor is he employed by the City.  Do you plan to
substitute the current Chief? If not, we can attempt to contact Sullivan, but again he is not a City employee.  Please let us
know.

Best,

Vanessa

**From:** Vanessa M Tucker
**Sent:** Friday, April 24, 2026 10:28 AM
**To:** 'Ben Dangerfield' <bdangerfield@millsandwoods.com>; Maria E Sandoval
<maria.sandoval@phoenix.gov>
**Cc:** Sean Woods <swoods@millsandwoods.com>; Benjamin J Barr <Benjamin.Barr@phoenix.gov>; Tanika
D Sherman <Tanika.Sherman@phoenix.gov>; Lisa M Danczewski <lisa.danczewski@phoenix.gov>
**Subject:** RE: Lageman v. City of Phoenix, et al.

Good morning Ben:

We will have to ask the employees for permission to do so. I will get back to you.

Best,

Vanessa

**From:** Ben Dangerfield <bdangerfield@millsandwoods.com>
**Sent:** Friday, April 24, 2026 10:21 AM
**To:** Maria E Sandoval <maria.sandoval@phoenix.gov>
**Cc:** Sean Woods <swoods@millsandwoods.com>; Vanessa M Tucker <Vanessa.Tucker@phoenix.gov>;

8/4/26, 3:36 PM
MILLS + WOODS LAW, PLLC Mail - RE: Lageman v. City of Phoenix, et al.
Case 2:26-cv-02779-ROS-ASB   Document 25-2   Filed 08/05/26   Page 3 of 12

Benjamin J Barr <Benjamin.Barr@phoenix.gov>; Tanika D Sherman <Tanika.Sherman@phoenix.gov>; Lisa M Danczewski <lisa.danczewski@phoenix.gov>
**Subject:** Re: Lageman v. City of Phoenix, et al.

---

Hi Maria,

Any chance the City will accept service for the remaining individual Defendants?

Benjamin Dangerfield

Litigation Paralegal

Mills + Woods Law, PLLC

email: bdangerfield@millsandwoods.com

phone & fax: 480-566-8319

On Fri, Apr 24, 2026 at 10:03 AM Maria E Sandoval <maria.sandoval@phoenix.gov> wrote:

> Good morning, Mr. Woods—
>
> Attached is the proposed stip and order for the requested extension. Please let me know if you approve as to form and content, and we will file it with the court.
>
> Best regards,
>
>  **Mari Elena Sandoval** (she, her)
> Legal Secretary
> **City of Phoenix**
> Law Department | Litigation
> City Hall, 13th Floor
> P: 602-495-5870 | maria.sandoval.gov
>
> ---
>
> **From:** Sean Woods <swoods@millsandwoods.com>
> **Sent:** Thursday, April 23, 2026 3:43 PM
> **To:** Vanessa M Tucker <Vanessa.Tucker@phoenix.gov>
> **Cc:** Benjamin J Barr <Benjamin.Barr@phoenix.gov>; Maria E Sandoval <maria.sandoval@phoenix.gov>; Tanika D Sherman <Tanika.Sherman@phoenix.gov>; Lisa M Danczewski <lisa.danczewski@phoenix.gov>; docket@millsandwoods.com
> **Subject:** Re: Lageman v. City of Phoenix, et al.

Case 2:26-cv-02779-ROS-ASB    Document 25-2    Filed 08/05/26    Page 4 of 12

Hi Vanessa -

No problem. Have a great vacation.

--
SEAN WOODS
PARTNER
MILLS + WOODS LAW PLLC
5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014
d: 480.999.4557
f: 480.999.4750
swoods@millsandwoods.com

This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.

On Thu, Apr 23, 2026 at 3:38 PM Vanessa M Tucker <Vanessa.Tucker@phoenix.gov> wrote:

Good afternoon Sean:

I wanted to circle back with you. I hope you received my email below. However, I just realized that I will be out of state on vacation during the 45 days that I was asking for you to agree to. Because of that, would you be willing to extend our deadline for closer to 60 days to June 26, 2026. Please get back to me either way.

Look forward to working with you on this case.

Respectfully,

Vanessa Tucker

---

**From:** Vanessa M Tucker
**Sent:** Wednesday, April 22, 2026 11:21 AM
**To:** swoods@millsandwoods.com
**Cc:** Benjamin J Barr <Benjamin.Barr@phoenix.gov>; Maria E Sandoval <maria.sandoval@phoenix.gov>; Tanika D Sherman <Tanika.Sherman@phoenix.gov>; Lisa M Danczewski <lisa.danczewski@phoenix.gov>
**Subject:** Lageman v. City of Phoenix, et al.

Good morning Sean:

Ben Barr and I will be handling the defense for the City of Phoenix in this matter. As you may be aware, we filed a Notice of Removal to federal court earlier this morning. For that reason and because we are still gathering the necessary information to prepare our response to your Amended Complaint, would you object to extending our deadline to respond for 45 days?

Please let us know.

Respectfully,

Vanessa Tucker, Assistant City Attorney

City of Phoenix 🌐 Law Department
Office (602) 262-6761
vanessa.tucker@phoenix.gov

ATTORNEY-CLIENT PRIVILEGE
This message is confidential and intended only for the named recipient(s). This message may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that reading, disseminating, distributing, or copying this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify the sender by telephone, facsimile or e-mail and delete this message from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

# EXHIBIT 2

Case 2:26-cv-02779-ROS-ASB    Document 25-2    Filed 08/05/26    Page 7 of 12



**Ben Dangerfield <bdangerfield@millsandwoods.com>**

# RE: Lageman v. City of Phoenix, et al.

**Vanessa M Tucker** <Vanessa.Tucker@phoenix.gov>                    Mon, Jul 6, 2026 at 2:24 PM
To: Ben Dangerfield <bdangerfield@millsandwoods.com>
Cc: Maria E Sandoval <maria.sandoval@phoenix.gov>, Sean Woods <swoods@millsandwoods.com>, Benjamin J Barr <Benjamin.Barr@phoenix.gov>, Tanika D Sherman <Tanika.Sherman@phoenix.gov>, Lisa M Danczewski <lisa.danczewski@phoenix.gov>

Good afternoon Ben:

I have reviewed your request. Defendants object to and will not stipulate to the proposed Second Amended Complaint.

As you know, I attempted multiple times to meet and confer with your office regarding the deficiencies in the First Amended Complaint prior to filing the pending Motion to Dismiss and received no response. Your request to amend only after the filing of that motion—and without proposing any substantive changes—appears to be an undue delay and is prejudicial, as it unnecessarily disrupts the briefing schedule and forces the City to rebrief issues that could have been addressed earlier.

Additionally, substituting the current Chief for former Chief Sullivan does not cure the fundamental deficiencies raised in the Motion to Dismiss, including notice-of-claim noncompliance and the failure to state a plausible *Monell* or constitutional claim. For these reasons, the proposed amendment appears futile.

If you choose to file a motion for leave to amend, we will respond as appropriate.  If Sean would like to meet and confer on this issue, we can send our availability.

Respectfully,

Vanessa Tucker, Assistant City Attorney

City of Phoenix 🟣 Law Department
Office (602) 262-6761
vanessa.tucker@phoenix.gov

ATTORNEY-CLIENT PRIVILEGE
This message is confidential and intended only for the named recipient(s). This message may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you are not the intended recipient(s), you are notified that reading, disseminating, distributing, or copying this message is strictly prohibited.  If you have received this message in error or are not the named recipient, please notify the sender by telephone, facsimile or e-mail and delete this message from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

**From:** Ben Dangerfield <bdangerfield@millsandwoods.com>
**Sent:** Thursday, July 2, 2026 1:39 PM
**To:** Vanessa M Tucker <Vanessa.Tucker@phoenix.gov>
**Cc:** Maria E Sandoval <maria.sandoval@phoenix.gov>; Sean Woods <swoods@millsandwoods.com>;
Benjamin J Barr <Benjamin.Barr@phoenix.gov>; Tanika D Sherman <Tanika.Sherman@phoenix.gov>; Lisa
M Danczewski <lisa.danczewski@phoenix.gov>
**Subject:** Re: Lageman v. City of Phoenix, et al.

Hi Vanessa,

Re Michael Sullivan, yes we intend shortly to substitute in the new Chief in for him via a Second Amended Complaint which is basically identical to the FAC except for the name substitution, after which we intend to serve the current Chief and Officer Rodriguez prior to the July 21 service deadline.

Do Defendants object to substitution, and if not will you stipulate to the Second Amended Complaint?

I realize this affects your pending MTD, but because we don't intend to make substantive changes to the Complaint I imagine it could easily be repurposed and filed later if you so choose.

Let us know your position, thanks.

Benjamin Dangerfield

Litigation Paralegal

Mills + Woods Law, PLLC

email: bdangerfield@millsandwoods.com

phone & fax: 480-566-8319

On Wed, Apr 29, 2026 at 8:33 AM Vanessa M Tucker <Vanessa.Tucker@phoenix.gov> wrote:

> Good morning Sean and Ben D.:
>
> I wanted to circle back with you on your request.   We have been authorized to accept service on behalf of Diego Santana.  We have not been authorized to accept service on behalf of Erik Rodriguez.  I am waiting to hear back from Officer Samaniego. I will update you once I have more information with respect to him.

With respect to Michael Sullivan, he is no longer the Chief of Police nor is he employed by the City.  Do you plan to substitute the current Chief? If not, we can attempt to contact Sullivan, but again he is not a City employee.  Please let us know.

Best,

Vanessa

---

**From:** Vanessa M Tucker
**Sent:** Friday, April 24, 2026 10:28 AM
**To:** 'Ben Dangerfield' <bdangerfield@millsandwoods.com>; Maria E Sandoval <maria.sandoval@phoenix.gov>
**Cc:** Sean Woods <swoods@millsandwoods.com>; Benjamin J Barr <Benjamin.Barr@phoenix.gov>; Tanika D Sherman <Tanika.Sherman@phoenix.gov>; Lisa M Danczewski <lisa.danczewski@phoenix.gov>
**Subject:** RE: Lageman v. City of Phoenix, et al.

Good morning Ben:

We will have to ask the employees for permission to do so. I will get back to you.

Best,

Vanessa

---

**From:** Ben Dangerfield <bdangerfield@millsandwoods.com>
**Sent:** Friday, April 24, 2026 10:21 AM
**To:** Maria E Sandoval <maria.sandoval@phoenix.gov>
**Cc:** Sean Woods <swoods@millsandwoods.com>; Vanessa M Tucker <Vanessa.Tucker@phoenix.gov>; Benjamin J Barr <Benjamin.Barr@phoenix.gov>; Tanika D Sherman <Tanika.Sherman@phoenix.gov>; Lisa M Danczewski <lisa.danczewski@phoenix.gov>
**Subject:** Re: Lageman v. City of Phoenix, et al.

Hi Maria,

Any chance the City will accept service for the remaining individual Defendants?

Benjamin Dangerfield

Litigation Paralegal

Mills + Woods Law, PLLC

8/4/26, 4:21 PM                    MILLS + WOODS LAW PLLC Mail - RE: Lageman v. City of Phoenix, et al.

Case 2:26-cv-02779-ROS-ASB    Document 25-2    Filed 08/05/26    Page 10 of 12

email: bdangerfield@millsandwoods.com

phone & fax: 480-566-8319

On Fri, Apr 24, 2026 at 10:03 AM Maria E Sandoval <maria.sandoval@phoenix.gov> wrote:

Good morning, Mr. Woods—

Attached is the proposed stip and order for the requested extension. Please let me know if you approve as to form and content, and we will file it with the court.

Best regards,



**Mari Elena Sandoval** (she, her)

Legal Secretary

**City of Phoenix**

Law Department | Litigation

City Hall, 13th Floor

P: 602-495-5870 | maria.sandoval.gov

**From:** Sean Woods <swoods@millsandwoods.com>
**Sent:** Thursday, April 23, 2026 3:43 PM
**To:** Vanessa M Tucker <Vanessa.Tucker@phoenix.gov>
**Cc:** Benjamin J Barr <Benjamin.Barr@phoenix.gov>; Maria E Sandoval <maria.sandoval@phoenix.gov>; Tanika D Sherman <Tanika.Sherman@phoenix.gov>; Lisa M Danczewski <lisa.danczewski@phoenix.gov>; docket@millsandwoods.com
**Subject:** Re: Lageman v. City of Phoenix, et al.

Hi Vanessa -

No problem. Have a great vacation.

--
SEAN WOODS
PARTNER
MILLS + WOODS LAW PLLC
5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014
d: 480.999.4557
f: 480.999.4750
swoods@millsandwoods.com

This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised

that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.

On Thu, Apr 23, 2026 at 3:38 PM Vanessa M Tucker <Vanessa.Tucker@phoenix.gov> wrote:

Good afternoon Sean:

I wanted to circle back with you.  I hope you received my email below.  However, I just realized that I will be out of state on vacation during the 45 days that I was asking for you to agree to.  Because of that, would you be willing to extend our deadline for closer to 60 days to June 26, 2026.  Please get back to me either way.

Look forward to working with you on this case.

Respectfully,

Vanessa Tucker

---

**From:** Vanessa M Tucker
**Sent:** Wednesday, April 22, 2026 11:21 AM
**To:** swoods@millsandwoods.com
**Cc:** Benjamin J Barr <Benjamin.Barr@phoenix.gov>; Maria E Sandoval <maria.sandoval@phoenix.gov>; Tanika D Sherman <Tanika.Sherman@phoenix.gov>; Lisa M Danczewski <lisa.danczewski@phoenix.gov>
**Subject:** Lageman v. City of Phoenix, et al.

Good morning Sean:

Ben Barr and I will be handling the defense for the City of Phoenix in this matter.  As you may be aware, we filed a Notice of Removal to federal court earlier this morning.  For that reason and because we are still gathering the necessary information to prepare our response to your Amended Complaint, would you object to extending our deadline to respond for 45 days?

Please let us know.

Respectfully,

Vanessa Tucker, Assistant City Attorney

City of Phoenix  Law Department
Office (602) 262-6761
vanessa.tucker@phoenix.gov

ATTORNEY-CLIENT PRIVILEGE

Case 2:26-cv-02779-ROS-ASB Document 25-2 Filed 08/05/26 Page 12 of 12

This message is confidential and intended only for the named recipient(s). This message may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that reading, disseminating, distributing, or copying this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify the sender by telephone, facsimile or e-mail and delete this message from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.