OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Benjamin J. Barr Bar No. 040376
Assistant City Attorney
Vanessa M. Tucker, State Bar No. 024455
*Attorneys for Defendants City of Phoenix, Officer Ortiz Samaniego,*
*Officer Santana and Officer Rodriguez*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Little Joe Lageman,<br><br>          Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>          Defendants. | Case No. 2:26-cv-02779-ROS-ASB<br><br>**RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME (DOC. 25)**<br><br>*(Assigned to the Honorable Roslyn O. Silver and the Honorable Alison S. Bachus, U.S. Magistrate Judge)* |

Defendants City of Phoenix, Officer Ortiz Samaniego, Officer Santana and Officer Rodriguez hereby do not object to Plaintiff's request for an extension of time to serve Officer Rodriguez.

RESPECTFULLY SUBMITTED this 6th day of August, 2026.

JULIE M. KRIEGH, City Attorney

By s/ *Vanessa M. Tucker*
    Vanessa M. Tucker
    Benjamin J. Barr
    Assistant City Attorneys
    *Attorneys for Defendants City of Phoenix, Officer Ortiz Samaniego, Officer Santana and Officer Rodriguez*

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent by email to the following, who is a participant of the CM/ECF System:

Sean A. Woods
Robert T. Mills
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By: _s/ M. Elena Sandoval_

4905-6961-1959, v. 2

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761