**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Little Joe Lageman,

Plaintiff,

v.

City of Phoenix, et al.,

Defendants.

No. CV-26-02779-PHX-ROS (ASB)

**ORDER**

Pending before the Court are the following motions filed by Plaintiff: (1) Motion to Exceed Page Limitations for Response to Motion to Dismiss (Doc. 20); (2) Motion for Leave to File Non-Electronic Exhibits in Support of Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 21); and (3) Motion to Extend Time to Serve Officer Rodriguez # 10345 (Doc. 25). In addition, the Court addresses service as to Defendant Sullivan.

**A. Plaintiff's Motions**

No response was filed to the first two Motions listed above; thus, the Court may deem opposing parties' consent to the Motions being granted under LRCiv 7.2(i). Further, the Court finds good cause appears to grant them. They will be granted. The Court will consider the Response filed by Plaintiff (Doc. 19) and Plaintiff will be directed to provide the non-electronic exhibits to the Court below.

As to the third Motion listed above (Doc. 25), Defendant Rodriguez (as well as Defendants City of Phoenix, Ortiz Samaniego, and Santana) filed notice they do not object

to the Motion. The docket shows Defendant Rodriguez was served on August 3, 2026, and the Court finds good cause exists to extend time from July 21, 2026 to August 3, 2026. Thus, the Motion will be granted and Officer Rodriguez will be considered timely served.

**B. Service as to Defendant Sullivan**

On April 28, 2026, the Court ordered Plaintiff to serve all unserved Defendants or seek a waiver from each of them. (Doc. 5 at 2.) Those Defendants included Defendant Michael Sullivan. (*See id.* at 1-2.) The Court further ordered that "[i]f Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and First Amended Complaint on a Defendant within 90 days of the filing of the Notice of Removal or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m)." (*Id.* at 2.)

A review of the docket shows proof of service on Defendant Sullivan has not yet been filed. Therefore, the Court enters this Order to Show Cause as to why this matter should not be dismissed as to Defendant Sullivan for lack of service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Furthermore, under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action due to a plaintiff's failure to prosecute or to comply with court orders. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (a court's authority to dismiss for lack of prosecution is necessary to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the district courts); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (1992) (a district court may dismiss an action for failure to comply with any order of the court). Thus, dismissal may be appropriate under Rule 41(b) as well as Rule 4. Plaintiff will be directed to show cause as to why the case should not be dismissed as to the remaining, unserved Defendant (Sullivan).

**C. Conclusion**

Based on the foregoing,

**IT IS THEREFORE ORDERED granting** Plaintiff's Motion to Exceed Page Limitations for Response to Motion to Dismiss (Doc. 20).

**IT IS FURTHER ORDERED granting** Plaintiff's Motion for Leave to File Non-Electronic Exhibits in Support of Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 21). Exhibits A, B, C, D, E, F, and G to the pending Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 8) shall be filed non-electronically with the Clerk of Court.

**IT IS FURTHER ORDERED granting** Plaintiff's Motion to Extend Time to Serve Officer Rodriguez # 10345 (Doc. 25). Officer Rodriguez, who was served on August 3, 2026, is considered timely served.

**IT IS FURTHER ORDERED** that within ten (10) days of the date this Order is entered, Plaintiff must show cause why this action should not be dismissed as to Defendant Sullivan for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure and/or under Rule 41(b) of the Federal Rules of Civil Procedure. Failure to show good cause may result in dismissal as to Defendant Sullivan.

Dated this 2nd day of September, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge