Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Little Joe Lageman, an individual,

Plaintiff,

vs.

City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Adrian Nicolas Ortiz Samaniego and Jane Doe Samaniego, a married couple; Diego Santana and Jane Doe Santana, a married couple; Officer Rodriguez # 10345 and Jane Doe Rodriguez, a married couple; and, John and Jane Does I-X,

Defendants.

No.: CV-26-02779-PHX-ROS (ASB)

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER RE: DEFENDANT SULLIVAN**

(Assigned to the Honorable Roslyn O. Silver, and referred for all pretrial proceedings to the Honorable Alison S. Bachus)

Through undersigned counsel and pursuant to the Court's September 3, 2026 Order, ECF No. 29, requiring that he "show cause why this action should not be dismissed as to Defendant Sullivan for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure and/or under Rule 41(b) of the Federal Rules of Civil Procedure," Plaintiff Little Joe Lageman ("Plaintiff") hereby responds and states that he does not oppose the dismissal of Defendant Michael Sullivan from this action. Moreover, Plaintiff does not intend to seek substitution of the current Chief of the Phoenix Police Department, because he agrees

that any claims against the current Chief would be duplicative of his *Monell* claims against the City of Phoenix.

**RESPECTFULLY SUBMITTED** this 14th day of September 2026.

**MILLS + WOODS LAW, PLLC**

By *   /s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Benjamin J. Barr
benjamin.barr@phoenix.gov
tanika.sherman@phoenix.gov
Vanessa M. Tucker
vanessa.tucker@phoenix.gov
maria.sandoval@phoenix.gov
**OFFICE OF THE CITY ATTORNEY**
**JULIE M. KRIEGH**
law.civil.minute.entries@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, AZ 85003-1611
(602) 262-6761
*Attorneys for Defendants*

*/s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556