Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Little Joe Lageman, an individual,

Plaintiff,

vs.

City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Adrian Nicolas Ortiz Samaniego and Jane Doe Samaniego, a married couple; Diego Santana and Jane Doe Santana, a married couple; Officer Rodriguez # 10345 and Jane Doe Rodriguez, a married couple; and, John and Jane Does I-X,

Defendants.

No.: CV-26-02779-PHX-ROS (ASB)

**PLAINTIFF'S NOTICE OF FILING AND INDEX OF NON-ELECTRONIC EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS HIS FIRST AMENDED COMPLAINT**

(Assigned to the Honorable Roslyn O. Silver, and referred for all pretrial proceedings to the Honorable Alison S. Bachus)

Plaintiff Little Joe Lageman ("Plaintiff") gives notice that he is filing the non-electronic exhibits, Exhibits A-G, to Doc. 19, his Response in Opposition to Defendants' Motion to Dismiss his First Amended Complaint. These non-electronic exhibits are contained on USB drives, and are .mp4 files consisting of police officer body worn camera video footage. These non-electronic exhibits are being hand-delivered to, and non-electronically filed with, the Court Clerk today.

In support of this Notice, Plaintiff submits the following Index of these non-electronic exhibits:

**INDEX OF NON-ELECTRONIC EXHIBITS TO DOC. 19**

**EX. A** - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_1952_X60AY2565.mp4"

- Officer Santana's body worn camera footage

**EX. B** - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_1952_X60320937.mp4"

- Officer Samaniego's body worn camera footage

**EX. C** - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_2004_X60AY2565.mp4

- Another of Santana's body worn camera footage

**EX. D** - (Extraction_1.2)_Axon_Body_3_Video_2024-03-29_2003_X60326671.mp4"

- Officer Johnson's body worn camera footage

**EX. E** - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_2026_X60AY2565.mp4

- Another of Officer Santana's body worn camera footage

**EX. F** - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_2026_X60320937.mp4

- Another of Officer Samaniego's body worn camera footage

**EX. G** - (Extraction_1.1)_Axon_Body_3_Video_2024-03-29_1955_X60AE123U.mp4

- Unknown Officer's body worn camera footage

///

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**RESPECTFULLY SUBMITTED** this 25th day of September 2026.

**MILLS + WOODS LAW, PLLC**

By *    /s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Benjamin J. Barr
benjamin.barr@phoenix.gov
tanika.sherman@phoenix.gov
Vanessa M. Tucker
vanessa.tucker@phoenix.gov
maria.sandoval@phoenix.gov
**OFFICE OF THE CITY ATTORNEY**
**JULIE M. KRIEGH**
law.civil.minute.entries@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, AZ 85003-1611
(602) 262-6761
*Attorneys for Defendants*

*/s/ Ben Dangerfield*