**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Little Joe Lageman,

Plaintiff,

v.

City of Phoenix, et al.,

Defendants.

No. CV-26-02779-PHX-ROS

**ORDER**

On September 3, 2026, Magistrate Judge Alison S. Bachus issued an Order to Show Cause (Doc. 29) requesting that the Plaintiff "show cause as to why this action should not be dismissed as to Defendant Sullivan for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure and/or under Rule 41 (b) of the Federal Rules of Civil Procedure". Plaintiff filed his Response to Show Cause Order Re: Defendant Sullivan (Doc. 30) where he did not oppose the dismissal of Defendant Michael Sullivan.

Accordingly,

**IT IS ORDERED** Defendant Michael Sullivan is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

Dated this 14th day of October, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge